THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | 3:24-CR-207 |
| | : | (JUDGE MARIANI) |
| LAWRENCE JOSEPH HANDLOVIC, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

AND NOW, THIS 10TH DAY OF APRIL, 2025, for the reasons set forth in this Court's accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT** Defendant Lawrence Joseph Handlovic's "Motion to Dismiss Indictment" (Doc. 25) is **DENIED**.

Robert D. Mariani
United States District Judge